■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS DACKOWSKI, Appellant.—Judgment of the Supreme Court, Kings County, rendered February 15, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Gulotta, Cohalan and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN DEUTSCH, Appellant.—Judgment of the Supreme Court, Queens County, rendered September 26, 1978, affirmed (see *People v Birnbaum*, 69 AD2d 822, mot for lv to app den 47 NY2d 803). Mollen, P. J., Titone, Mangano and Gibbons, JJ., concur.